**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| BILLY D. BUCKLEY, ) | |
| ID # 2225208, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:16-CV-77-N-BH |
| ) | |
| DAVID BROWN, Chief of Police, *et al.*, ) | |
|     Defendants. ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, all claims against all defendants, except for the claims against Officer Spence in his individual capacity for excessive force and against Officer Gamble in his individual capacity for failure to protect, are dismissed. The Court will enter a separate judgment formally dismissing all claims against the City of Dallas and Chief of Police Brown.

    **SIGNED this 3rd day of March, 2017.**

_____
UNITED STATES DISTRICT JUDGE